UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,              )
                                       )
              Plaintiff,               )
                                       )
                                       )   CASE NO. **CR 07-134-UNA**
        vs.                            )
                                       )
**MARQUES COMER**                      )
                                       )
              Defendant.               )

## O R D E R

The defendant, upon entering a plea of not guilty to the

Indictment on **OCTOBER 18, 2007** requested, through counsel,

additional time to file pretrial motions. The Court having

considered the request, it is **ORDERED** that the deadline for the

defendant to file pretrial motions is extended until *November 15, 2007*

The time between the date of this order and *November 15, 2007*

shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et

seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney

**FILED**

OCT 18 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE