AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

MARQUES COMER

**WARRANT FOR ARREST**

Case Number: CR 07-134-UNA

~~SEALED~~

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MARQUES COMER _____
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

FELON IN POSSESSION OF A FIREARM - ( COUNT I );
FELON IN POSSESSION OF AMMUNITION  - ( COUNT II )

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 922(g)(1) and 924(a)(2) _____

PETER T. DALLEO                                BY: _[signature]_ ; DEPUTY CLERK
Name of Issuing Officer                         Signature of Issuing Officer

CLERK OF COURT                                  OCTOBER 11, 2007   at   WILMINGTON, DE
Title of Issuing Officer                        Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

DE P+P, New Castle.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/11/07 | S/A Jason Kusheba | J. Kush |
| DATE OF ARREST | | |
| 10/16/07 | | |

Stamp: FILED 2007 OCT 17 AM 9:27 CLERK US DISTRICT COURT DISTRICT OF DELAWARE