IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-134-SLR |
| MARQUES COMER, | : |
| Defendant. | : |

## ORDER

Having considered Defendant Comer's Motion to Extend Time to File Pre-trial Motions,

**IT IS HEREBY ORDERED** this __8th__ day of __November__, 2007, that Defendant Comer's pre-trial motions shall be due on the __5th__ day of __December__, 2007, and that the time from November 13, 2007 up to the new due date for pre-trial motions to be filed shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

_____
The Honorable Sue L. Robinson
United States District Court