IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 07-134-SLR |
| | ) |
| MARQUES COMER, | ) |
| | ) |
| Defendant. | ) |

ORDER

At Wilmington this 19th day of December, 2007,

IT IS ORDERED that a telephonic status conference is scheduled for **Tuesday, January 22, 2008** at **5:00 p.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that the time between this order and the **January 22, 2008** teleconference shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge