IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-134-SLR |
| | ) | |
| MARQUES COMER, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count II of the Superseding Indictment pursuant to the Memorandum of Plea Agreement dated February 13, 2008.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Shawn A. Weede
Assistant United States Attorney

Dated: May 21, 2008

SO ORDERED this _21st_ day of _May_, 2008.

_____
HONORABLE SUE L. ROBINSON
United States District Court Judge