IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-134-SLR |
| | ) | |
| MARQUES COMER, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss the original Indictment (D.I. 2), as the defendant has pled guilty to the Count One of the Superseding Indictment (D.I. 15).

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Shawn A. Weede
Shawn A. Weede
Assistant United States Attorney

Dated: May 21, 2008

SO ORDERED this __18th__ day of __June__, 2008.

_____
HONORABLE SUE L. ROBINSON
United States District Court Judge